H. RAWLINGS ET AL. V. THE STATE.

A violation of Section 14 of the act of May 22, 1871, is not punishable by indictment, but must be done by information in the form of a *qui tam* action.

APPEAL from Bee. Tried below before the Hon. D. D. Claiborne.

The facts appear in the opinion of the court.

*J. Payne,* for appellants.

*Wm. Alexander, Attorney-General,* for the State.

OGDEN, P. J.—The appellants were indicted and convicted for a violation of the stock law approved May 22, 1871. They moved in arrest of judgment and for a new trial, and their motions being overruled they have appealed to this court. In the case of Garcia v. The State, recently decided, it was distinctly determined that the violation of Section 14 of the act of May 22, 1871, was not punishable by indictment, but must be done by information, in the form of a *qui tam* action; and under the authority of that case the judgment in this must be reversed and the cause dismissed.

REVERSED AND DISMISSED.